UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | § | |
|---|---|---|
| **IN RE AMTEL, LLC AND** | § | Civil Action No. 4:23-cv-00537-O |
| **CONNECTIVITY SOURCE, LLC,** | § | |
| **D/B/A CONNECTIVITY SOURCE** | § | Consolidated with: |
| **DATA INCIDENT LITIGATION** | § | |
| | § | Civil Action No. 4:23-cv-546-O |
| **This Document Relates To:** | § | Civil Action No. 4:23-cv-568-O |
| | § | |
| | § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The above-captioned case is **DISMISSED with prejudice**.

2. All claims and causes of action which were, or which could have been brought by the parties in this action, are **DISMISSED with prejudice** to the refiling of the same.

3. No additional claims by any party are pending in this action against any party, and this dismissal order constitutes a Final Judgment that disposes of all claims in this action.

4. The taxable costs of court, as calculated by the Clerk of Court, and attorneys' fees, shall be borne by the party incurring the same.

**SO ORDERED** on this **16th day** of **November, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE